# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SAMUEL LEE HAMILTON, JR.

NO. 2024 KW 0275

**JUNE 3, 2024**

---

In Re:    Samuel Lee Hamilton, Jr., applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1701441.

---

**BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED.** If relator is making a complaint with regard to the computation of his sentence, La. R.S. 15:1171(B) grants authority to the Department of Public Safety and Corrections to adopt administrative remedy procedures to receive, hear, and dispose of complaints of time computations of sentences. Any complaint pertaining to the time computations, including alleged credit for time served issues, must be made under the Corrections Administrative Remedy Procedure (CARP) as provided in La. R.S. 15:1171-79 before seeking a remedy from the district court. See **Williams v. Creed**, 2007-0614 (La. App. 1st Cir. 12/21/07), 978 So.2d 419, 422, writ denied, 2008-0433 (La. 10/2/09), 18 So.3d 111.

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT